UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

KALINA DAVIS,

       Plaintiff,

v.

CALLAWAY GARDENS RESORT, INC.

       Defendant.

Civil Action No. 4:18-cv-00006-CDL

## CONSENT ORDER APPROVING SETTLEMENT AND DISMISSING LAWSUIT WITH PREJUDICE

By consent of the Parties hereto, and the Court having reviewed the *Settlement Agreement and Release* ("Settlement Agreement") executed by the Parties, and being otherwise fully advised, it is therefore ORDERED AND ADJUDGED as follows:

1. The Court hereby approves the Settlement Agreement submitted by the Parties in this case;

2. The above-entitled lawsuit is hereby DISMISSED WITH PREJUDICE with each party to bear its own respective attorneys' fees and costs (except as set forth in the Settlement Agreement); and

3. The Court retains jurisdiction to enforce the Parties' Settlement Agreement.

DONE AND ORDERED on this 14th day of August, 2018.

      __S/Clay D. Land
      **JUDGE CLAY D. LAND**
      CHIEF UNITED STATES DISTRICT JUDGE